# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:04-CR-00003-KJD-PAL |
| v. | **ORDER** |
| LAVELE ANTONIO SOLOMON, | |
|     Defendant. | |

Defendant Lavele Solomon's Motion to Vacate under 28 U.S.C. § 2255 (#37) is **HEREBY DENIED** as moot as Defendant is no longer in custody or under supervised release.

DATED this 9th day of September 2013.

_____
Kent J. Dawson
United States District Judge